82,788-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 24 2015

Abel Acosta, Clerk

Able Acosta Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin Tx 78711

2-20-15

RE: Ex parte Santiago Hernandez,
Tr. Ct. No. 2010-CRM-682-D3 (A)
WR-82,788-01

Dear Clerk,

May this be Santiago Hernandez Notice that he is requesting this Honorable Court to "withdraw" his application for writ of Habeas Corpus and take it off the docket. without being adjudicated.

Thank you for your time and assistance in advance.

Respectfully
Santiago Hernandez
Santiago Hernandez #1689972
Daniel Unit
938 S. FM 1673
Snyder Tx 79549